**No. 67292.**—Adrian Hamers, Inc. *v.* United States, protest 328575–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of gold-plated articles, which are, in fact, in chief value of silver, the claim of the plaintiff was sustained.